**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JAMES GLENN WHITE** **PLAINTIFF**

**v.** **CIVIL ACTION NO.: 4:26-cv-176-SA-JMV**

**STATE FARM INSURANCE COMPANY, AND**
**OLLIA STOKES JOHNSON** **DEFENDANTS**

**ORDER STAYING CERTAIN PROCEEDINGS**

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B). The Court has *sua sponte* raised the issue of jurisdiction by virtue of its Order to Show Cause [Doc. 5] and Order Requiring Briefing [Doc. 9].

IT IS, THEREFORE, ORDERED that the aforementioned proceedings are hereby **STAYED** pending the Court's decision regarding jurisdiction following briefing. The Case Management Conference [Doc. 6] setting for October 21, 2026, will be cancelled by separate notice.

**SO ORDERED** this, the 28th day of September, 2026.

/s/Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**